UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:06CR35-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| (7) DONNIE JOSEPH HICE ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's oral notice of appeal and motion to stay the Magistrate Judge's release order.[1]

Pursuant to 18 U.S.C. §3143(a)(2), this Court will temporarily *stay* the Magistrate Judge's release order to allow time for district court review.

**IT IS, THEREFORE, ORDERED** that the Government's motion to stay is hereby **GRANTED**, and the defendant shall be **DETAINED** pending further order of this Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service, Defense Counsel and the United States Attorney's Office.

Signed: September 7, 2007

Richard L. Voorhees
United States District Judge

---

[1] The Magistrate Judge denied the Government's motion to stay via oral order.